**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY(SBN 134180)
ROBERT V. PRONGAY (SBN 270796)
LESLEY F. PORTNOY (SBN 304851)
CHARLES H. LINEHAN (SBN 307439)
PAVITHRA RAJESH (SBN 323055)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   310-201-9150
Facsimile:   310-201-9160
prajesh@glancylaw.com

Attorneys for Plaintiff Fredric Haghebaert

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRIC HAGHEBAERT, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>          v.<br><br>TANDY LEATHER FACTORY, INC., JANET CARR, TINA L. CASTILLO, and SHANNON L. GREEN,<br><br>                      Defendants. | Case No. 2:19-cv-09601-PA-GJS<br><br>Judge:          Hon. Percy Anderson<br><br>**STIPULATION TO TRANSFER ACTION**<br><br><br>Date Action Filed:  November 7, 2019 |

STIPULATION TO TRANSFER VENUE

Plaintiff Fredric Haghebaert ("Plaintiff") and Defendants Tandy Leather Factory, Inc. ("Tandy Leather"), Janet Carr, Tina L. Castillo, and Shannon L. Greene ("Defendants" and together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on November 7, 2019, Plaintiff filed a putative class action complaint against Defendants alleging violations of the federal securities laws;

WHEREAS, on November 21, 2019, Defendants agreed to waive service pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought;"

WHEREAS, the Parties agree that for the convenience of all parties and their witnesses and in the interest of justice, the Action should be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division, because: (1) Tandy Leather has its headquarters and transacts business in Fort Worth, Texas, which is located in the Northern District of Texas, Fort Worth Division, *see* 15 U.S.C. § 77v(a) (providing that venue is proper "in the district wherein the defendant is found or is an inhabitant or transacts business."); (2) Tandy Leather's officers, management-level employees, and at least some of its directors, are located in or around Fort Worth; and (3) likely key witnesses and evidence are located in or around Fort Worth;

WHEREAS, this request to transfer venue is not made for purposes of delay or any other improper reason;

WHEREAS, based on the above and pursuant to 28 U.S.C. § 1404(a), Plaintiff and Defendants respectfully request that the Court enter an Order transferring the Action to the United States District Court for the Northern District of Texas;

NOW THEREFORE, pursuant to Civil Local Rule 7-1, the Parties hereby agree and stipulate:

STIPULATION TO TRANSFER VENUE

1.    The Action shall be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.

Dated:  November 26, 2019

GLANCY PRONGAY AND MURRAY LLP

By_____*/s/ Pavithra Rajesh*_____
          Pavithra Rajesh

*Attorneys for Plaintiff Fredric Haghebaert*

Dated:  November 26, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____*/s/ Neal Marder **_____
          Neal Marder

*Attorneys for Defendants*

** Pursuant to Civ. L.R. 5-4.3.4, the electronic signatory has obtained approval from all other signatories.

2
STIPULATION TO TRANSFER VENUE

### PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 26, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2019, at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh