# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRIC HAGHEBAERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TANDY LEATHER FACTORY, INC., JANET CARR, TINA L. CASTILLO, and SHANNON L. GREENE,<br><br>Defendants. | Case No. 2:19-cv-09601-PA-GJS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION**<br><br><br>Action Filed:      November 7, 2019 |

The Stipulation to Transfer Action having been considered, and good cause appearing therefor, it is hereby ordered that:

1.    This case is hereby transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.

IT IS SO ORDERED.

Dated:  _____, 2019        By_____
                                         Hon. Percy Anderson
                                         United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION