# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRIC HAGHEBAERT, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>TANDY LEATHER FACTORY, INC., JANET CARR, TINA L. CASTILLO, and SHANNON L. GREENE,<br><br>               Defendants. | Case No. 2:19-cv-09601-PA-GJS<br><br>**ORDER GRANTING STIPULATION TO TRANSFER ACTION**<br><br><br>Action Filed:       November 7, 2019 |

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION

The Stipulation to Transfer Action having been considered, and good cause appearing therefor, it is hereby ordered that:

1.    This case is hereby transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.

IT IS SO ORDERED.

Dated:   November 26, 2019          By _____

Hon. Percy Anderson
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION