IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| FREDERIC HAGHEBAERT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:19-CV-1000-A |
| TANDY LEATHER FACTORY, INC., ET AL., | § § § § | |
| Defendants. | § | |

FINAL JUDGMENT

In accordance with the notice of voluntary dismissal filed on April 15, 2020 by plaintiff, Frederic Haghebaert,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action brought by plaintiff against defendants, Tandy Leather Factory, Inc., Janet Carr, Tina L. Castillo, and Shannon L. Greene, in the above-captioned action be, and are hereby, dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED April 16, 2020.

JOHN McBRYDE
United States District Judge